IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Banks, Regina C | Case Number: 07 B 10459 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 9/16/08 | Filed: 6/12/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: July 31, 2008
Confirmed: August 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,928.00 | |
| Secured: | | 1,412.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 407.49 |
| Trustee Fee: | | 108.51 |
| Other Funds: | | 0.00 |
| Totals: | 1,928.00 | 1,928.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,374.00 | 407.49 |
| 2. | Corporate America Family CU | Secured | 8,561.57 | 1,412.00 |
| 3. | United States Dept Of Education | Unsecured | 1,053.71 | 0.00 |
| 4. | United States Dept Of Education | Unsecured | 6,357.16 | 0.00 |
| 5. | Corporate America Family CU | Unsecured | 3,424.90 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 373.71 | 0.00 |
| 7. | Curves | Unsecured | | No Claim Filed |
| 8. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 9. | LeLand Scott & Associates | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 23,145.05 | $ 1,819.49 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 82.51 |
| 6.5% | 26.00 |
| | _____ |
| | $ 108.51 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Banks, Regina C | Case Number:  07 B 10459 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/16/08 | Filed:  6/12/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                  Marilyn O. Marshall, Trustee, by:

